# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONCE EUGENE WALKER,, <br> Plaintiff, <br> v. <br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br> Defendant. | Case No. ED CV 12-0727 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: July 24, 2013

_____
Hon. Jay C. Gandhi
United States Magistrate Judge